STATE v. BROOKS

No. 273P95

Case below: 119 N.C. App. 254

Notice of appeal by defendant (Dallas Brooks) pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 2 November 1995. Petition by defendant (Dallas Brooks) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

STATE v. GILLEY

No. 328P95

Case below: 119 N.C. App. 606

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

STATE v. HOME LOAN MORTGAGE ASSISTANCE

No. 440P95

Case below: 118 N.C.App. 733

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 2 November 1995. Petition by defendant (Eric Scott Solheim) for discretionary review pursuant to G.S. 7A-31 denied 2 November 1995.

STATE v. KIRKPATRICK

No. 447P95

Case below: 120 N.C. App. 405

Motion by Attorney General for temporary stay allowed 20 October 1995 pending timely receipt and determination of the State's petition for discretionary review.

STATE v. ODUM

No. 368A95

Case below: 119 N.C. App. 676

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for dissenting opinion in the Court of Appeals denied 2 November 1995. Petition by defendant for discretionary review of the decision of the Court of Appeals pursuant to G.S. 7A-31 denied 2 November 1995. Motion by Attorney General to dismiss appeal by defendant pursuant to G.S. 7A-30 allowed 2 November 1995.